UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  -against-<br><br>JOHNATHAN VIGIL,<br><br>        Defendant. | No.: 19-cr-03113 (JB) |

## **DEFENDANT JOHNATHAN VIGIL'S NOTICE OF JOINDER**

Defendant Johnathan Vigil, through his court-appointed counsel, Wayne Baker, hereby submits this Notice of Joinder as to "Defendant Tomas Sanchez' Unopposed Motion for Production of Alleged Co-Conspirator Statements and for Pre-Trial Hearing on Their Admissibility" (Doc. 297) filed on December 30, 2020.

Respectfully submitted,

*Wayne Baker*
Wayne Baker, Esq.
Law Office of Wayne Baker
Counsel for Defendant Johnathan Vigil

I hereby certify that I filed the foregoing electronically on December 31, 2020, through the CM/ECF system, which caused counsel for the Government and the parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*Wayne Baker*
Wayne Baker, Esq.