UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

                              Plaintiff,

        -against-                                              No.: 19-cr-03113 (JB)

JOHNATHAN VIGIL,

                              Defendant.

**DEFENDANT JOHNATHAN VIGIL'S NOTICE OF JOINDER**

Defendant Johnathan Vigil, through his court-appointed counsel, Wayne Baker, hereby submits

this Notice of Joinder as to "Defendant Robert Padilla's Motion for Bill of Particulars" (Doc.

305) filed on December 30, 2020.

Respectfully submitted,

*Wayne Baker*

Wayne Baker, Esq.
Law Office of Wayne Baker
Counsel for Defendant Johnathan Vigil

I hereby certify that I filed the foregoing electronically on January 11, 2021,
through the CM/ECF system, which caused counsel for the Government and
the parties to be served by electronic means, as more fully reflected on the
Notice of Electronic Filing.

*Wayne Baker*

Wayne Baker, Esq.