FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No. 19-3113 JB |
| ) | |
| vs. ) | |
| ) | 21 U.S.C. § 846: Conspiracy |
| **JOHNATHAN VIGIL**, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## INFORMATION

The United States Attorney charges:

From on or about October 17, 2018, and continuing to on or about November 8, 2018, in San Miguel County, in the District of New Mexico, and elsewhere, the defendant, **JOHNATHAN VIGIL**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit offenses defined in 21 U.S.C. § 841(a)(1), specifically, distribution of controlled substances.

### Quantity of Heroin Involved in Conspiracy

With respect to **JOHNATHAN VIGIL**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 283.5 grams of heroin, contrary to 21 U.S.C. § 841(b)(1)(C).

### Quantity of Cocaine Base Involved in Conspiracy

With respect **JOHNATHAN VIGIL**, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them is 42.52 grams of cocaine base, contrary to 21 U.S.C. § 841(b)(1)(C).

### Quantity of Cocaine Involved in Conspiracy

With respect **JOHNATHAN VIGIL**, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them is 85 grams of a mixture and substance containing a detectable amount of cocaine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Quantity of Fentanyl Involved in Conspiracy

With respect **JOHNATHAN VIGIL**, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them is 223 pills containing a detectable amount of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

In violation of 21 U.S.C. § 846.

FRED J. FEDERICI
Acting United States Attorney

*[signature]*

ELAINE Y. RAMIREZ
ROBERT I. GOLDARIS
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274