# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA <br> V. <br><br> Johnathan Vigil <br> *Defendant* | ) <br> ) <br> ) <br> ) Case No. 1084 1:19CR03113- 003JB <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of Court

| Place: United States District Court, District of New Mexico <br> 333 Lomas Blvd. NW, Albuquerque, NM 87102 <br> Before U.S. Magistrate Judge B. Paul Briones | Courtroom No.: Chama, 4th Floor |
|---|---|
| | Date and Time: Friday, June 23, 2023 at 9:30 AM |

This offense is briefly described as follows:
The defendant submitted a positive urinalysis test at Rio Grande Alcohol Treatment Program in Las Vegas, New Mexico, on May 22, 2023. The urinalysis test yielded a positive result for cocaine metabolite and was dilute. This marks the defendant's fourth positive drug test for illegal controlled substances since July 26, 2022.

Date: 6/8/2023

*Issuing officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*