**FILED** 
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 1084 1:19CR03113- 003JB

**JUN 2 0 2023**

This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)*

**MITCHELL R. ELFERS**
**CLERK**

## INFORMATION FOR SERVICE

Name of defendant/offender:   Johnathan Vigil

Last known residence: ███████████████

Usual place of abode *(if different from residence address)*:

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

## PROOF OF SERVICE

This summons was received by me on 6/8/23
☒ I personally served the summons on this defendant 1245 at 6/20 on 2023, or

☐ On ___, I left the summons at the individual's residence or usual place of abode with ___, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to ___, who is authorized to receive service of process on behalf of ___ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because:

I declare under penalty of perjury that this information is true.

Date returned: 6/20/23

Server's signature

P. SMITH   DUSM
*Printed name and title*

Remarks: