# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Initial Appearance (Revocation)/Show Cause/Detention hearing

| | | | |
|---|---|---|---|
| Case Number: | 19-CR-3113 JB | UNITED STATES vs. VIGIL | |
| Hearing Date: | 6/23/2023 | Time In and Out: | 9:59 am – 10:06 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Chama |
| Defendant: | Johnathan Vigil | Defendant's Counsel: | Wayne Baker |
| AUSA: | Blake Nichols | Pretrial/Probation: | R. Vigil |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain          ☐ Government does not recommend detention
- ☐ Set for ____ on ____ @ ____

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Show Cause Hearing
- ☒ Court finds defendant violated conditions of release          ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives right to contest detention
- ☐

## Custody Status

- ☐ Defendant
- ☒ Conditions of supervised release changed to          Add La Pasada Halfway House

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to ____ for Final Revocation Hearing
- ☒ Baker-proffers release plan; PO-concurs; USA-concurs; Court-findings