FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**United States of America,**
      plaintiff,

vs.                                                       Cr. 19-53113 JB

**Johnathan Vigil,**
      defendant.

## ORDER MODIFYING CONDITIONS OF RELEASE

THIS MATTER came for hearing on the Petition for Action on Conditions of Release, the parties are in agreement that the previously imposed conditions of supervision are modified to add placement at La Pasada Halfway House with a travel restriction to Bernalillo County unless prior approval by his Supervising officer is obtained. All other previously imposed conditions of supervision will remain in full force and effect with the modification as noted.

_____
Steven C. Yarbrough
United States Magistrate Judge