AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 3 2023

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT

### for the

### District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jonathan Vigil | ) | Case No. 19-cr-03113-JB-3 |
| | ) | |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 6/23/2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Wayne Baker   14273
*Printed name and bar number of defendant's attorney*

_____
*Address of defendant's attorney*

_____
*E-mail address of defendant's attorney*

505-652-1222
*Telephone number of defendant's attorney*

888-308-0987
*FAX number of defendant's attorney*