FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>JOHNATHAN VIGIL,<br><br>　　　　　　　Defendant. | No.: 19-cr-03113 (JB) |

## ORDER MODIFYING CONDITIONS OF RELEASE

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Modify Conditions of Release (Doc. 811). Having considered the motion and noting that the Assistant United States Attorney and the US Probation Officer have no opposition to the motion, the Court finds that the motion is well taken and will be granted.

**IT IS HEREBY ORDERED** that the following condition previously imposed in an "Order Modifying Conditions of Release" (Doc. 793), placing Johnathan Vigil at La Pasada Halfway House, is now excised.

_____
UNITED STATES MAGISTRATE JUDGE