## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
### SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | **19-3113 JB** | | USA v. | **PADILLA, et al.** |
| Date: | **June 2, 2026** | | Name of Deft: | **Johnathan Vigil** |

| | |
|---|---|
| Before the Honorable | **James O. Browning** |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | **1:31 p.m. / 2:02 p.m.** | Total Time in Court: | **0:31** | |
| Clerk: | **C. Padilla** | Court Reporter: | **J. Bean** | |
| AUSA: | **Elaine Ramirez** | Defendant's Counsel: | **Wayne Baker, Appointed** | |
| Sentencing in: | **ABQ** | Interpreter: | **N/A** | |

| | | | | | |
|---|---|---|---|---|---|
| Probation Officer: | **Robert Sanchez** | Sworn? | | Yes | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | Verdict | As to: | **X** Information | Indictment |
| Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| Plea Agreement: | **X** | Accepted | | Not Accepted | No Plea Agreement | Comments: | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Date of Plea/Verdict: | **April 01, 2022** | | PSR: | | Not Disputed | **X** Disputed |
| PSR: | **X** | Court Reviewed PSR Factual Findings and USSG Calculations and Adopts as Its Own | Evidentiary Hearing: | **X** Not Needed | | Needed |

| | |
|---|---|
| Exceptions to PSR: | **None.** |

| | |
|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): |

| | | | | |
|---|---|---|---|---|
| Supervised Release: | | Probation: | | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | Parties have reviewed the standard and special conditions listed in XXX | | Parties have no objections to the conditions listed in XXX |
| | Parties waive the reading of conditions. | | Conditions are imposed as listed in XXX to include the justification and nexus of the conditions listed in XXX |

| | | | |
|---|---|---|---|
| Fine:  $ | | Restitution:  $ | |
| SPA:  $ | **(as to each count)** | Payment Schedule: | **X** Due Immediately / Waived |

| | |
|---|---|
| OTHER: | |

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

| OTHER COMMENTS | Court calls case, parties enter appearances.   Court addresses defense and Defendant regarding review of PSR and Addendum, parties respond they have reviewed the documents. Court- are there any objections. Defense-not factual objections, just issues that were raised in the PSR. Court- if you are making objection, go ahead and ague them. Defense- responds. Court-is there an objection  there? Defense- my position is that I utilize language in para. 5. Court-do you want to help the Court? AUSA-responds. Court- the Court did not pick up that in your Sentencing Memo. Defense-the first draft said objections to PSR. Court- go ahead and make your argument, the Court will probably have to recess and sort this out. Defense-essentially, that is my argument. 1:48 p.m. 1:54 p.m.-Bench Conference. AUSA-I am tendering what has been marked as Govt. Ex 1. 1:57 p.m. 2:01 p.m. Bench Conference. Court- the Court needs time to think about this. Defense-asks for a 90 day continuance. AUSA-defers to the Court. Court-the Court will get the opinion and we will figure out what to do with scheduling. Nothing further. |
|---|---|