# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                No.   1:19-CR-03113 -003JB

Johnathan Vigil

      Defendant.

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW Defendant Johnathan Vigil, by his court-appointed counsel, Wayne Baker, Esq., and with the request of US Probation Officer Robert Vigil, with AUSA Elaine Ramirez taking no position, hereby request a modification to the Order Setting Conditions of Release imposed on November 25, 2025, (Docket 965), entered by agreement of the parties, to place Mr. Vigil at La Pasada Halfway House.  The parties now agree that Mr. Vigil should no longer be in the custody of La Pasada Halfway House, but be placed in the custody of New Mexico Wellness, for the reasons that follow:

1. Mr. Vigil's sentencing commenced on this date and was continued to a date and time to be determined by the Court. (Doc. 1020)

2. As Mr. Vigil was not sentenced, his prior conditions of release remained in place.

3. Mr. Vigil was accepted for admission to New Mexico Wellness, in Taos, New Mexico, an inpatient treatment center for a 90-day program, commencing tomorrow, on June 3, 2026.

Accordingly, it is respectfully requested that an Order Modifying Conditions of Release be entered, changing "the defendant is placed in the custody of the La Pasada Halfway House in

Albuquerque, New Mexico" to "the defendant is placed in the custody of the New Mexico Wellness, in Taos, New Mexico."

Respectfully submitted,

*Wayne Baker*

Wayne Baker, Esq.
Law Office of Wayne Baker
Counsel for Defendant Johnathan Vigil

I hereby certify that I filed the foregoing electronically on June 2, 2026, through the CM/ECF system, which caused counsel for the Government and the parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*Wayne Baker*

Wayne Baker, Esq.