IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                          No.   1:19-CR-03113 -003 JB

JOHNATHAN VIGIL,

      Defendant.

## ORDER MODIFYING CONDITIONS OF RELEASE

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Modify Conditions of Release (Doc. 1021).  Having considered the motion and noting that the Assistant United States Attorney and the US Probation Officer have no opposition to the motion, the Court finds that the motion is well taken and will be granted.

**HEREBY ORDERS** that the defendant's conditions of release be modified to change "the defendant is placed in the custody of the La Pasada Halfway House in Albuquerque, New Mexico" to "the defendant is placed in the custody of the New Mexico Wellness, in Taos, New Mexico, and,

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed in this case shall remain in full force and effect.

LAURA FASHING
UNITED STATES MAGISTRATE JUDGE