**UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO**
**SENTENCING MINUTE SHEET**

| | | | |
|---|---|---|---|
| CR No. | **19-3113 JB** | USA v. | **PADILLA, et al.** |
| Date: | **July 20, 2026** | Name of Deft: | **Johnathan Vigil** |
| Before the Honorable | | **James O. Browning** | |

| | | | |
|---|---|---|---|
| Time In/Out: | **1:31 p.m. / 2:01 p.m.** | Total Time in Court: | **0:30** |
| Clerk: | **C. Padilla** | Court Reporter: | **J. Bean** |
| AUSA: | **Elaine Ramirez** | Defendant's Counsel: | **Wayne Baker, Appointed** |
| Sentencing in: | **ABQ** | Interpreter: | **N/A** |

| | | | | |
|---|---|---|---|---|
| Probation Officer: | **Robert Sanchez** | Sworn? | Yes | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | X | Plea | | Verdict | As to: | X | Information | | Indictment |
| Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| Plea Agreement: | X | Accepted | | Not Accepted | No Plea Agreement | Comments: | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Date of Plea/Verdict: | **April 01, 2022** | | PSR: | Not Disputed | X | Disputed |
| PSR: | X | Court Reviewed PSR Factual Findings and USSG Calculations and Adopts as Its Own | Evidentiary Hearing: | X | Not Needed | | Needed |

| | |
|---|---|
| Exceptions to PSR: | **None.** |

| | |
|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): **926 days or time served, whichever is less.** |

| | | | | |
|---|---|---|---|---|
| Supervised Release: | **3 years.** | Probation: | | 500-Hour Drug Program |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| X | Parties have reviewed the standard and special conditions listed in Attachment A. | X | Parties have no objections to the conditions listed in Attachment A. |
| X | Parties waive the reading of conditions. | X | Conditions are imposed as listed in Attachment A to include the justification and nexus of the conditions listed. |

| | | | |
|---|---|---|---|
| Fine:  $ | | Restitution:       $ | |
| SPA:  $ | **100.00**    ($100 as to each count) | Payment Schedule: X Due Immediately | Waived |

| | |
|---|---|
| OTHER: | |

| | | | |
|---|---|---|---|
| X | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

| OTHER COMMENTS | Court calls case, parties enter appearances. Court addresses defense and Defendant regarding review of PSR and Addendum, parties respond they have reviewed the documents. Addresses Opinion and order. No further objections. Defense counsel addresses Court to include argument in support of a time served sentence with 6 months supervised release. Defendant allocutes. AUSA–has concerns about no supervision or a short term of supervision. USPO-agrees with AUSA. Court imposes sentence and accepts plea agreement. Parties waive formal reading of special conditions and have the Court adopt the special conditions listed in Attachment A, Doc 1018. Nothing further. |
| --- | --- |